**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Timothy Andre Williams**,

Defendant.

Docket No. 0:00CR00024-003

ORDER OF THE COURT

On March 16, 2007, the above defendant was ordered to complete 30 days home confinement with electronic monitoring to include work release privileges as a condition of supervised release. The defendant shall be responsible for the costs of electronic monitoring.

Dated this 16 day of March, 2007.

Honorable Paul A. Magnuson
Senior U.S. District Judge

c: Craig A. Madson, U.S. Probation Officer

SCANNED
MAR 16 2007
U.S. DISTRICT COURT ST. PAUL