PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Timothy Andre Williams**

**Docket No. 0:00CR00024-003**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Timothy Andre Williams** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Docket No. 0:00CR00024-003(PAM), and Conspiracy to Commit Bank Fraud, Docket No. 0:00CR00152-001(PAM) on December 7, 2000, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On March 9, 2007, Mr. Williams submitted a urine sample which tested positive for marijuana, and he admitted smoking marijuana on approximately February 18, 2007. On March 16, 2007, Mr. Williams appeared before Senior U.S. District Judge Paul A. Magnuson for final revocation. His conditions were modified to include 30 days home confinement with electronic monitoring.

Since March 9, 2007, Mr. Williams has submitted six additional urine samples, all of which continue to test positive. According to Pat Pizzo, director of toxicology at Kroll Laboratories, quantitative analysis of the specimens indicates Mr. Williams has continued to use marijuana. Based on laboratory research, it is Ms. Pizzo's opinion that Mr. Williams has reused marijuana prior to urine collections on March 10, 2007; March 16, 2007; March 22, 2007; and April 6, 2007. Mr. Williams denies using marijuana since the last week of February 2007.

SCANNED
APR 30 2007
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on May 1, 2007, at 2:00 p.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 30th day of April, 2007, and ordered filed and made a part of the records in the above case.

Paul A Magnuson

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on April 30, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

cc: U.S. Attorney's Office
Federal Defender's Office